UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:13-00004 |
| | ) | JUDGE CAMPBELL |
| IVAN JOHN RUTHERFORD LONDON, IV | ) | |

ORDER

Pending before the Court is the United States' Motion to Change the Status Conference to a Plea Hearing (Docket No. 10). The Motion is GRANTED.

The Court will hold a change of plea hearing on August 1, 2013, at 12:00 p.m. in lieu of a status conference.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE