UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 1:13-00004 |
| ) | JUDGE CAMPBELL |
| IVAN JOHN RUTHERFORD LONDON, IV ) | |

ORDER

The change of plea hearing scheduled for August 1, 2013, at 12:00 p.m. is RESCHEDULED to August 1, 2013, at 2:30 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE