UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:13-00004 |
| | ) | JUDGE CAMPBELL |
| IVAN JOHN RUTHERFORD LONDON, IV | ) | |

### ORDER

Pending before the Court is an Unopposed Motion To Continue (Docket No. 20). Through the Motion, the Defendant seeks to continue the sentencing hearing, currently set for April 21, 2014. The Motion is GRANTED.

The sentencing hearing is CONTINUED until August 1, 2014, at 1:00 p.m.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE