UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO: 1:13-00004 |
| | ) JUDGE CAMPBELL |
| IVAN JOHN RUTHERFORD LONDON, IV | ) |

## ORDER

Pending before the Court is a Motion for Substitution of Counsel (Docket No. 22). The

Motion is GRANTED.

It is so ORDERED.

_Todd Campbell_

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE