UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 1:13-CR-00004 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| IVAN JOHN RUTHERFORD LONDON, IV | ) | |

## POSITION OF THE GOVERNMENT WITH REGARDS TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America (the "Government"), by and through its undersigned attorney, hereby states that it has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

**s/Harold B. McDonough, Jr.**
HAROLD B. MCDONOUGH, JR.
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 28th day of September, 2015 via the electronic filing system upon counsel for the defendant:

**Tommy Spina**
1330 21st Way South
Suite 200
Birmingham, AL 35205

                                            **s/Harold B. McDonough, Jr.**
                                            HAROLD B. MCDONOUGH, JR.

                                            **s/Jared Fishman**
                                            JARED FISHMAN