IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Case No. 1:13-00004 |
| | ) |
| **IVAN JOHN RUTHERFORD LONDON, IV** | ) |

### DEFENDANT'S POSITION WITH REGARDS TO THE PRESENTENCE INVESTIGATION REPORT

The defendant, by and through his undersigned counsel, hereby states that he has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

    Respectfully submitted,

    */s/ Thomas J. Spina*
    Thomas J. Spina
    Attorney for Defendant
    State Bar #4959-N77T
    1330 21st Way South, Suite 200
    Birmingham, Alabama 35205
    Telephone: (205) 939-1330
    Tommy@tommyspina.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

    */s/ Thomas J. Spina*
    Thomas J. Spina

S:\Tammy\I-L 2015\London Rusty PSR Position.wpd